Opinion issued June 12, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01125-CV

____________


JOHN BRODERICK AND JOHN BRODERICK D/B/A HOUSTON SHOWROOM,
Appellant


V.


DALE SWORTZ AND LOUIS SWORTZ, Appellees






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 9904148






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss his appeal. Appellant's counsel
represents that the motion is unopposed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Hedges and Nuchia.